IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEIDRA BRANCH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL J. ASTRUE** | : | **NO. 11-6384** |

## ORDER

**AND NOW,** this 1st day of May, 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 9), the defendant's response (Document No. 12), the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Document No. 14), no objections having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2.  The plaintiff's request for review is **DENIED**.

        /s/Timothy J. Savage
        TIMOTHY J. SAVAGE,  J.